# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2013

## NO. 03-11-00535-CV

**AGAP Life Offerings, LLC, and Charles D. Madden, Appellants**

**v.**

**Texas State Securities Board; and John Morgan, Successor of Bennette Zivley, in his Official Capacity as Securities Commissioner of the State of Texas, Appellees**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON, AND GOODWIN;
JUSTICE HENSON NOT PARTICIPATING
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the district court on August 8, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the district court's order.

The appellants shall pay all costs relating to this appeal, both in this Court and the court below.